IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EMANUEL JOE EDWARDS,

      Appellant,

v.                                                  Case No.  5D21-2100
                                                    LT Case No. 05-2008-CF-014793-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 17, 2022

Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Matthew J. Metz, Public Defender, and Nancy
Ryan, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Kellie A. Nielan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.